Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

(June 23, 1939.)

IDA WITTLIN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent. — Determination unanimously reversed, with costs and disbursements to the plaintiff-appellant in this court and in the Appellate Term, and the judgment of the City Court of the City of New York affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ARTHUR T. SAWYER, Petitioner, Appellant, to Review a Determination of WILLIAM C. CHANLER, as Corporation Counsel of the City of New York, and for an Order Directing Reinstatement to the Position of and Certification of the Payment of His Salary and Compensation as Associate Assistant Corporation Counsel, against WILLIAM C. CHANLER, as Corporation Counsel of the City of New York; JOSEPH D. McGOLDRICK, as Comptroller of the City of New York; and ALMERINDO PORTFOLIO, as City Treasurer of the City of New York, and THE CITY OF NEW YORK, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

(June 27, 1939.)

In the Matter of the Application of BEN FORMAN and Others against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

(June 28, 1939.)

IDA C. HAZZARD and Others, Appellants, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, Impleaded with Others, Defendants.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [159 Misc. 57.]

In the Matter of the Application of METROPOLITAN LIFE INSURANCE COMPANY, Petitioner, Appellant, for an Order against JOHN P. BOLAND, Chairman, JOHN D. MOORE and PAUL M. HERZOG, Members of, and Constituting, the New York State Labor Relations Board, Respondents, Impleaded with Another, Respondent, and GRACE A. REAVY, as President, and JOHN C. CLARK and HOWARD G. E. SMITH, as Members of, and Constituting, the Civil Service Commission of the State of New York, Intervenors-Respondents.— Order entered May 4, 1939, and order entered May 9, 1939, so far as appealed from, affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

YETTA NATHANSON and SAM NATHANSON, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.